## Lois Madison, Appellee, v. Jack Essington, Appellant.

### Gen. No. 9,560.

opinion filed September 19, 1940; rehearing denied October 15, 1940. Jones & Heflin, for appellant; Winslow J. Painter, for appellee. Opinion by Justice DOVE. ''Not to be published in full.''